UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60481-CIV-ZLOCH

FREDDY A. DAVILA,

    Plaintiff,

vs.                                          **ORDER STAYING ACTION**

AGENT MORTGAGE COMPANY, LLC,
et al.,

    Defendants.
_____/

THIS MATTER is before the Court upon Defendants' Unopposed Motion To Stay Action Pending Outcome Of 28 U.S.C. § 1407 Motion To Transfer Action As A Case Related To MDL #1715 (DE 5).  The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Defendant's Unopposed Motion To Stay Action Pending Outcome Of 28 U.S.C. § 1407 Motion To Transfer Action As A Case Related To MDL #1715 (DE 5)be and the same is hereby **GRANTED;**

2. The above-styled cause be and the same is hereby **STAYED;**

3. The above-styled cause shall be re-opened upon motion by either Party, or upon the Court's own motion;

4. This Order shall not prejudice the rights of any Party to this litigation;

5. The Clerk of the United States District Court for the

Southern District of Florida be and the same is hereby **DIRECTED** to mark the above-styled cause closed for statistical purposes until further order of the Court; and

6. All pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___7th___ day of May, 2008.

/s/ William J. Zloch
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record